UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action
No: 12-11867-DJC

NAVAL MAGNUM, S.A.,
        Plaintiff,

-against-

GSI SWITZERLAND GMBH,

        Defendant.


**ORDER OF ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

Upon reading the Verified Complaint for maritime attachment filed herein, and good cause appearing therefore, it is this 5th day of October 2012 by the United States District Court for the District of Massachusetts:

**ORDERED** that the Clerk of this Court is directed forthwith to issue the Process of Maritime Attachment and Garnishment for seizure of all tangible and intangible property of the Defendant, GSI SWITZERLAND GMBH, as described therein, including, but not limited to, any cash, funds, escrow funds, credits, debts, accounts, letters of credit, freights, sub-freights, charter hire and/or sub-charter hire, cargo and/or vessels of, belonging to, due, held or being transferred from, or for the benefit of the Defendant (hereinafter, "ASSETS"), including, but not limited to, such ASSETS as may be held, received, or transferred for Defendant's benefit at, through, or within the possession, custody, or control of banking institutions and/or other institutions and/or such other garnishee(s) on whom a copy of the Process of Maritime Attachment and Garnishment may be served, in the amount of **$1,481,603.33** pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil

Procedure in respect to the claims against the Defendant, GSI SWITZERLAND GMBH, as identified in the Verified Complaint and as specified in the Process; and it is

**FURTHER ORDERED** that any person claiming an interest in the property attached or garnished pursuant hereto may, upon a showing of any improper practice or a manifest want of equity on the part of the Plaintiff, Naval Magnum S.A., be entitled to an order requiring Plaintiff to show cause forthwith why the attachment should not be vacated or other relief granted; and it is

**FURTHER ORDERED** that a copy of this Order be attached to and served with the said Process of Maritime Attachment and Garnishment; and it is

**FURTHER ORDERED** that supplemental process specifying other or additional garnishees and enforcing the Court's Order herein may be issued and served without further order of the Court; and it is

**FURTHER ORDERED** that any person at least 18 years of age and not a party to this action employed with or appointed by Clinton & Muzyka, P.C., be and hereby is appointed to serve this Order and Process of Maritime Attachment and Garnishment on any garnishee identified in the Process of Maritime Attachment and Garnishment and on such additional garnishees as so permitted herein.

**SO ORDERED.**

_____
THE HONORABLE Denise J. Casper
UNITED STATES DISTRICT JUDGE FOR THE
DISTRICT OF MASSACHUSETTS

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the MARSHAL of the UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS, GREETINGS:

**WHEREAS** a Verified Complaint has been filed in the United States District Court, District of Massachusetts on the 4th day of October, 2012, and styled:

                                                                     Civil Action
                                                                     No: 12-11867-DJC

**NAVAL MAGNUM, S.A.,**
            **Plaintiff,**

    -against-

**GSI SWITZERLAND GMBH,**

            **Defendant.**

in a certain action for amounts due Plaintiff, Naval Magnum S.A., from Defendant, GSI SWITZERLAND GMBH, in connection with a claim for breach of a maritime contract of charter party, and praying for Process of Maritime Attachment and Garnishment against the said Defendant in the amount of **$1,481,603.33;** and,

**WHEREAS,** this Process is issued pursuant to such prayer and requires that a garnishee shall serve his Answer, together with answers to any Interrogatories served with the Verified Complaint, within twenty [20] days after service of process upon him and requires that Defendant, GSI SWITZERLAND GMBH, shall serve its Answer within thirty [30] days after process has been executed, whether by attachment of property or service on the garnishees or arrest of property within the possession of the garnishees;

**NOW, THEREFORE**, we do hereby command you that if the said Defendant, GSI SWITZERLAND GMBH, cannot be found within the District, you attach all assets, comprising, *inter alia*, cash, funds, escrow funds, credits, debts, accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, cargo and/or vessels, and any other assets of, belonging to, due or being transferred to, from, or for the benefit of the Defendant (collectively hereinafter, "ASSETS"), including but not limited to such ASSETS as may be held, received, or transferred in its name or as may be held, received or transferred for its benefit, at, through, or within the possession, custody or control of **Bank of America, N.A.** and **Grove Services, Inc. of Wellesley, Massachusetts**, together with any such ASSETS as may be held by any other garnishee(s) on whom a copy of this Order of Attachment may be served, and that you seize them and promptly after execution of this process, file the same in this Court with your return thereon.

**WITNESS,** the Honorable _Denise J Casper_, United States District Judge of said Court, this _5th_ day of October, 2012, and of our Independence the two hundred thirty-sixth.

Clerk

By: _____
Deputy Clerk

NOTE: This process is issued pursuant to Rule B(1) and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.