UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NAVAL MAGNUM, S.A.,<br><br>        Plaintiff,<br><br>  v.<br><br>GSI SWITZERLAND GMBH<br><br>        Defendant. | Civil Action: 12-11867-DJC |

## STIPULATION AND ORDER RELEASING ATTACHED FUNDS, VACATING ATTACHMENT AND DISMISSING ACTION

WHEREAS, Plaintiff commenced this action on October 4, 2012 pursuant to Admiralty Rule B, seeking a maritime attachment in respect of certain claims in arbitration in London; and

WHEREAS, this Court entered an Order dated October 5, 2012 authorizing issuance of process of maritime attachment and garnishment against Defendant's property in the District up to the amount of $1,481,603.33 (the "Attachment Order"); and

WHEREAS, Bank of America has restrained $1,481,603.33 pursuant to the Attachment Order (the "Attached Funds"); and

WHEREAS, the above-captioned parties have entered a settlement agreement dated May 28, 2014 and, pursuant thereto, hereby request this Court to direct Bank of America to release $1,312,500 of the Attached Funds to plaintiff Naval Magnum S.A. and to thereafter release the balance of the Attached Funds from attachment, vacate the Order of Attachment, and dismiss this action with prejudice and without costs to either party;

418078.1

**NOW THEREFORE, IT IS ORDERED AND ADJUDGED THAT**

Bank of America shall immediately upon receipt of a copy of this Order release $1,312,500 of the Attached Funds to Naval Magnum S.A. pursuant to such wire instructions as it may provide for this purpose. Upon completion of such transfer, this Court's Attachment Order shall be and hereby is VACATED, with all remaining attached funds to be promptly returned to defendant GSI, and this action shall be and hereby is DISMISSED with prejudice and without costs to either party.

/s/ Terence G. Kenneally
CLINTON & MUZYKA P.C.
Thomas J. Muzyka (B.B.O. No. 365540)
Terence G. Kenneally (B.B.O. No. 642124)
88 Black Falcon Avenue, Suite 200
Boston, MA 02210
Tel.: (617) 723-9165
Fax: (617) 720-3489
Email: tkenneally@clinmuzyka.com

*Attorneys for Plaintiff Naval Magnum S.A.*

/s/ Samuel P. Blatchley
PIERCE ATWOOD LLP
Brad Gandrup, Jr. (BBO No. 549794)
Samuel P. Blatchley (BBO No. 670232)
100 Summer Street, Suite 2250
Boston, MA 02110
Tel.: (617) 488-8100
Fax: (617) 824-2020
sblatchley@pierceatwood.com
bgandrup@pierceatwood.com

*Attorneys for Defendant Grove Services Inc.*

SO ORDERED: /s/ Denise J. Casper
U.S.D.J.

June 5, 2014

418078.1