UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NAVAL MAGNUM, S.A., <br><br>                                      Plaintiff, <br><br> v. <br><br> GSI SWITZERLAND GMBH <br><br>                                      Defendant. | Civil Action:  12-11867-DJC |

**<u>JOINT MOTION FOR ENTRY OF A SETTLEMENT ORDER OF DISMISSAL</u>**

Now come plaintiff, Naval Magnum, S.A., and defendant, GSI Switzerland GmbH (collectively the "Parties") and respectfully submit their Joint Motion for the Entry of a Settlement Order of Dismissal.

Plaintiff commenced this action on October 4, 2012 pursuant to Admiralty Rule B, seeking a maritime attachment in respect of certain claims in arbitration in London.  This Court entered an Order dated June 5, 2014 that Bank of America shall release $1,312,500 of Attached Funds to Naval Magnum S.A. pursuant to such wire instructions as it may provide for this purpose.  Upon completion of such transfer, this Court's Attachment Order shall be VACATED, with all remaining attached funds to be promptly returned to defendant GSI, and this action shall be DISMISSED with prejudice and without costs to either party

To effectuate the aforementioned wire transfer and return the remaining attached funds to defendant GSI, the Parties respectfully request that this Honorable Court also issue a Settlement Order of Dismissal whereby this action is dismissed without costs and without prejudice to the right of any party upon good cause shown within sixty [60] days to reopen this action if the settlement is not consummated.

{W4285108.1}

Dated: June 6, 2014

| | |
|---|---|
| /s/ Terence G. Kenneally | /s/ Samuel P. Blatchley |
| CLINTON & MUZYKA P.C. | PIERCE ATWOOD LLP |
| Thomas J. Muzyka (B.B.O. No. 365540) | Brad Gandrup, Jr. (BBO No. 549794) |
| Terence G. Kenneally (B.B.O. No. 642124) | Samuel P. Blatchley (BBO No. 670232) |
| 88 Black Falcon Avenue, Suite 200 | 100 Summer Street, Suite 2250 |
| Boston, MA 02210 | Boston, MA 02110 |
| Tel.: (617) 723-9165 | Tel.: (617) 488-8100 |
| Fax: (617) 720-3489 | Fax: (617) 824-2020 |
| Email: tkenneally@clinmuzyka.com | sblatchley@pierceatwood.com |
| | bgandrup@pierceatwood.com |

*Attorneys for Plaintiff Naval Magnum S.A.*

*Attorneys for Defendant Grove Services Inc.*

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Undersigned counsel hereby certifies that counsel for all parties have conferred in good faith regarding the issues raised in this motion and, as of the date of this filing, states that all parties join in the motion.

/s/ Terence G. Kenneally
Terence G. Kenneally

### CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.2, I hereby certify that above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 6, 2014.

/s/ Terence G. Kenneally
Terence G. Kenneally

{W4285108.1}